**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 02-7292

———————————

ELLIE ROBINSON,

Petitioner - Appellant,

versus

VIRGINIA PAROLE BOARD,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-02-785)

———————————

Submitted: October 10, 2002        Decided: October 21, 2002

———————————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Ellie Robinson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ellie Robinson appeals the district court's order denying as untimely his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and dismiss the appeal for the reasons stated by the district court. See Robinson v. Virginia Parole Bd., No. CA-02-785 (W.D. Va. filed Aug. 13, 2002 & entered Aug. 14, 2002). We deny a certificate of appealability. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED